1178

No. 12–7937.   PARHAM v. KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.   C. A. 3d Cir. Certiorari denied. ▮

No. 12–7938.   PAGE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ▮

No. 12–7939.   CURTIS v. BAUMAN, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 12–7941.   WARE v. FORCE.   Ct. App. Ore.   Certiorari denied. ▮

No. 12–7943.   THOMAS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied. ▮

No. 12–7944.   PUGH v. HUMPHREY, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 12–7945.   MORROW v. BHARARA.   C. A. 2d Cir.   Certiorari denied.

No. 12–7946.   MORALES-AGUILAR v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied. ▮

No. 12–7948.   MERCER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied. ▮

No. 12–7956.   COTTON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 12–7957.   DAVIS v. UNITED STATES; and
No. 12–8103.   CLARK v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 690 F. 3d 330.

No. 12–7959.   MICHAEL S. v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 12–7961.   SHULMAN v. ZSAK ET AL.   C. A. 3d Cir.   Certiorari denied. ▮

No. 12–7964.   OLIVEIRA v. UNITED STATES.   C. A. 1st Cir. Certiorari denied. ▮

No. 12–7966.   MONZON v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.